Eran Matalon
Petitioning Creditor
5009 Avenue M
Brooklyn, NY 11234

May 22, 2017

United States Bankruptcy Court
Att: Clerks Office
271-C Cadman Plaza East
Brooklyn, NY 11201-1800

Hon. Judge Elizabeth S. Strong
Judge-United States Bankruptcy Court-EDNY
271-C Cadman Plaza East
Brooklyn, NY 11201

RE: in Re: STERLING KING
    Case No. 17-41363-ESS
    Withdrawal of Petition
    Order to Show Cause-5/25/17

Dear Hon. Judge Strong:

I am the petitioning creditor in the above matter having filed an involuntary petition on March 23, 2017. I have received an Order to Show Cause from this Court asking me to explain why the Summons wasn't served and indicating that case might be dismissed.

Please be advised that I have been unable to serve the debtor, as required by law, and wish to withdraw this action, at this time.

I am the only petitioner in this matter. Please withdraw this petition and I apologize for any inconvenience this filing may have caused.
Thank you.

Very truly yours,

Eran Matalon